**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BELINDA WHITE,

    Plaintiff,

v.                                                                      Case No. 15-13829

DETROIT MEDICAL CENTER & PATRICIA
WILLIAMS,

    Defendants.
                                                   /

**ORDER GOVERNING MOTION FOR RECONSIDERATION**

Before the court is Defendants' Motion for Reconsideration re Order on Motion to Dismiss. (Dkt. #13.) Motions for reconsideration are not automatically permitted a response unless the court orders otherwise. E.D. Mich. LR 7.1(h)(2). In this case, the court ordered Plaintiff to file a response by January 31, 2017. (Dkt. #16.) Over two months have passed since this deadline expired and Plaintiff has not filed any response to the motion.

The Motion for Reconsideration and its supporting brief appear to be well supported in fact and law, and the court is inclined to grant it for the reasons stated therein. Plaintiffs' present silence appears to be a concession that Defendant's analysis is sound. The court is prepared to interpret Plaintiffs' silence as concurrence.

Moreover, pursuant to Eastern District of Michigan L.R. 41.2, when a plaintiff has taken no action for a reasonable time and no good cause therefore is apparent, the court may enter an order of dismissal for that reason alone.

IT IS ORDERED that if Plaintiff does not respond to Defendant's Motion for Reconsideration by **Friday, April 21, 2017**, she will be deemed to have concurred, and Defendant's Motion for Reconsideration will be granted for the reasons stated therein.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: April 17, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2017, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (810) 984-2056

C:\Users\wagner\AppData\Local\Temp\notes43CD49\15-13829.WHITE.ShowCause.NoResponse.bss.wpd