UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BELINDA WHITE,

        Plaintiff(s),                       Case No. 15-13829

v.                                               Judge Robert H. Cleland

DETROIT MEDICAL CENTER, et al         Magistrate Judge

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __21__, filed __08/09/2017__, has been modified. The explanation for the correction is stated below.

- [ ] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [x] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Julie Owens__ at __(313) 234-5137__.

DAVID J. WEAVER, CLERK OF COURT

Dated: August 9, 2017                         s/Julie Owens
                                                          Deputy Clerk