UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BELINDA WHITE,

        Plaintiff,

vs.

DETROIT MEDICAL CENTER
& PATRICIA WILLIAMS,

        Defendants.

Case No. 15-CV-13829

Hon. Robert H. Cleland

| JOHN L. SCARBROUGH (P56002) | THOMAS A. CATTEL (P32538) |
|---|---|
| J.L. Scarbrough PLLC | BENJAMIN A. ANCHILL (P70968) |
| Attorney for Plaintiff | Ogletree, Deakins, Nash, Smoak |
| 24901 Northwestern Hwy., Suite 612 | & Stewart, PLLC |
| Southfield, MI 48075 | Attorneys for Defendant Detroit Medical Center |
| (248) 809-6790 (office) | |
| (248) 595-8040 (facsimile) | 34977 Woodward Avenue, Suite 300 |
| john@scarbroughlaw.net | Birmingham, MI 48009   (248) 593-6400 |
| | thomas.cattel@ogletree.com |
| | benjamin.anchill@ogletree.com |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Complaint, including all claims raised or which could have been raised against Defendants as of the date of this

1

dismissal, are dismissed with prejudice and without costs, interest, or attorney fees to any party.

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 17, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 17, 2017, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

Stipulation of the Parties:

The parties, by the signatures of their counsel below, hereby stipulate and agree to the entry of the above Order.

| s/ John L. Scarbrough(with consent)_ | s/ Thomas A. Cattel_____ _ |
| JOHN L. SCARBROUGH | THOMAS A. CATTEL |
| J.L. SCARBROUGH PLLC | OGLETREE, DEAKINS, NASH, |
| Attorney for Belinda White | SMOAK & STEWART, PLLC |
|  | Attorney for Detroit Medical Center |
|  |  |
| Dated: October 12, 2017 | Dated: October 12, 2017 |

31523479.1

2